648

Before SPAETH, STRANAHAN and SUGERMAN, JJ.*

The order of the lower court is hereby affirmed.

425 A.2d 832

Commonwealth v. Williams, Appellant.

Submitted June 29, 1979. Walter M. Phillips, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, STRANAHAN and SUGERMAN, JJ.**

The judgment of sentence of the lower court is hereby affirmed.

425 A.2d 833

Allentown Bar etc., Appellant v. Alfano et al.

Argued June 21, 1979. Robert M. Knauer, for appellant; Dennis Deesch, for appellees.

* President Judge John Q. Stranahan, of the Court of Common Pleas of Mercer County, Pennsylvania, and Judge Leonard Sugerman, of the Court of Common Pleas of Chester County, Pennsylvania, are sitting by designation.

** President Judge John Q. Stranahan, of the Court of Common Pleas of Mercer County, Pennsylvania, and Judge Leonard Sugerman, of the Court of Common Pleas of Chester County, Pennsylvania are sitting by designation.

Before HESTER, HOFFMAN and CATANIA, JJ.**

Order affirmed.

425 A.2d 833

Borkowski et ux., Appellants v. Bruno et ux.

Argued June 14, 1979. Marc D. Jonas, for appellants; Fred Fromhold, for appellees.

Before SPAETH, STRANAHAN and SUGERMAN, JJ.*

The order of the lower court is hereby affirmed.

425 A.2d 833

Goetz etc. v. Acme Markets et al., Appellants.

Argued September 10, 1979. Louis Kattelman, for appellants; G. Wayne Renneisen, for Acme Markets, appellee; E. Parry Warner, for Owens-Illinois Inc., appellees.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.

** President Judge Francis J. Catania, of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

* President Judge John Q. Stranahan of the Court of Common Pleas of Mercer County, Pennsylvania, and Judge Leonard Sugerman of the Court of Common Pleas of Chester County, Pennsylvania, are sitting by designation.